claim do not constitute an equitable setoff or recoupment as against the cause of action set forth in the complaint or as against the plaintiffs) ?

" 6. Does the second alleged counterclaim state facts sufficient to constitute a cause of action against the plaintiffs ? "

*Edward B. Whitney* and *Charles Bulkley Hubbell* for appellants.

*Howard R. Bayne* for respondents.

Judgment affirmed, with costs, on opinion below. Questions certified answered as follows : First and fourth answered in the affirmative and the rest in the negative.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

MICHAEL J. GRIFFIN, Respondent, *v.* BROOKLYN BALL CLUB, Appellant.

*Griffin* v. *Brooklyn Ball Club*, 68 App. Div. 566, affirmed.
(Argued March 19, 1903; decided April 7, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at a Trial Term without a jury.

*John M. Ward* for appellant.

*M. W. Van Auken* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

TOBIA PRATA, Respondent, *v.* SAMUEL GREEN, Appellant.

*Prata* v. *Green,* 70 App. Div. 224, affirmed.
(Argued March 20, 1903; decided April 7, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April